WILLIAM R. MONTGOMERY, Respondent, *v.* THE BRUSH ELECTRIC ILLUMINATING COMPANY OF NEW YORK, Appellant.

Reported below, 48 App. Div. 12.
(Argued June 4, 1900; decided June 12, 1900.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 21, 1900, affirming a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the ground that the action is one to recover compensation for services, and, under the provisions of section 191 of the Code of Civil Procedure, it is not appealable to this court.

*William G. Wilson* for motion.

*Noel Gale* opposed.

Motion denied, with ten dollars costs.

---

FELIX E. FLANDREAU, Respondent, *v.* WILLIAM H. FLANDROW, Appellant.

Reported below, 44 App. Div. 618.
(Argued June 4, 1900; decided June 12, 1900.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department entered October 25, 1899, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

The motion was made upon the ground that the exceptions are frivolous and present no question for review by this court.

*Issac M. Kapper* for motion.

*Abram Kling* opposed.

Motion denied, with ten dollars costs.